# **EXHIBIT A**

NYSCEF
Monroe County Supreme Court

**Document List**
Index # **E2020003327**

Created on: 07/09/2020 04:01 PM

Case Caption: **Allentown Towne Center Allentown, Pa. Limited Partnership v. Saucon Fitness LLC et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT<br>Summons and Verified Complaint | Processed | 05/22/2020 | Worrall, D. |
| 2 | EXHIBIT(S)<br>Lease, Rider to Lease and Addendum | Processed | 05/22/2020 | Worrall, D. |
| 3 | EXHIBIT(S)<br>Lease Guaranty | Processed | 05/22/2020 | Worrall, D. |
| 4 | EXHIBIT(S)<br>Default Notices | Processed | 05/22/2020 | Worrall, D. |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service on Saucon Fitness LLC dba Orange Theory via NY SOS | Processed | 06/25/2020 | Worrall, D. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service on Brian Bolcar | Processed | 06/25/2020 | Worrall, D. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service on Ned Bolcar | Processed | 06/25/2020 | Worrall, D. |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service on Carolyn Bolcar | Processed | 06/25/2020 | Worrall, D. |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service on Michael DeGaetano | Processed | 06/25/2020 | Worrall, D. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Mailing Summons, Complaint and NOE to address in PA | Processed | 06/25/2020 | Worrall, D. |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Mailing Summons and NOE to Brian Bolcar | Processed | 06/25/2020 | Worrall, D. |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Mailing Summons and NOE to Ned Bolcar | Processed | 06/25/2020 | Worrall, D. |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Mailing Summons and NOE to Carolyn Bolcar | Processed | 06/25/2020 | Worrall, D. |
| 14 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Mailing Summons and NOE to Michael DeGaetano | Processed | 06/25/2020 | Worrall, D. |
| 15 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Mailing Summons, Complaint and NOE to Michael DeGaetano (2nd part of Nail & Mail servic | Processed | 06/30/2020 | Worrall, D. |