UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALLENTOWN TOWNE CENTER
ALLENTOWN, PA. LIMITED PARTNERSHIP,

Plaintiff,

-vs-                                              **CERTIFICATE OF SERVICE**

SAUCON FITNESS LLC D/B/A ORANGE                    Civil Action No.: _____
THEORY FITNESS, BRIAN BOLCAR, NED
BOLCAR, CAROLYN BOLCAR and MICHAEL
DEGAETANO,

Defendants.

I, Mallory K. Smith, Esq., hereby certify that on July 9, 2020, I caused the foregoing Notice

of Removal to be served via email and FedEx Standard Overnight Delivery to the attorneys for

Plaintiff at the address listed below:

       Dale A. Worrall, Esq. (dworrall@harrisbeach.com)
       Harris Beach PLLC
       *Attorney for Plaintiff*
       99 Garnsey Road
       Pittsford, New York 14534

Dated:  July 9, 2020

                           */s/ Mallory K. Smith*
                           Mallory K. Smith, Esq.